IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 8:05CV295 |
| | ) | |
| Plaintiff, | ) | ORDER |
| | ) | TO WITHDRAW EXHIBITS |
| vs. | ) | OR TO SHOW CAUSE WHY |
| | ) | EXHIBITS SHOULD NOT BE |
| $14,600 IN US CURRENCY, | ) | DESTROYED |
| | ) | |
| Defendant. | ) | |

Pursuant to NECivR 79.1(f) or NECrimR 55.1(g), counsel for the government shall either 1) withdraw the following exhibits previously submitted in this matter within 15 calendar days of the date of this order, or 2) show cause why the exhibits should not be destroyed:

　　　　　　Exhibits 1,3-8, 10-2     Non-Jury Trial     January 24, 2006

　　　　(exhibit number(s) / hearing type or trial / and date of hearing or trial)'

If counsel fails to withdraw these exhibits as directed or to show cause why the exhibits should not be destroyed, the clerk's office is directed to destroy the listed exhibits without further notice to the parties or order from the court.

　　IT IS SO ORDERED.

　　DATED this 5th day of February, 2008.

　　　　　　　　　　　　　　　　　　　　s/ F.A. Gossett
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

　　　　　　　　　　　　proc\Exhibits\Form-Order to Withdraw or OSC Destroy, appeal time expired.wpd
　　　　　　　　　　　　　　　　　　　　　　　　Approved 02/15/07